```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF FLORIDA
                         GAINESVILLE DIVISION
```

IN RE:                                    CASE NO. 05-10987-GVL1
                                          CHAPTER 13
EDITH NATTIEL

_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: GATOR MAX, INC. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 399734 in the amount of 74.23 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                    /s/Leigh D. Hart or
                    /s/William J. Miller, Jr.
                    _____
                      OFFICE OF THE CHAPTER 13 TRUSTEE
                      POST OFFICE BOX 646
                      TALLAHASSEE, FL 32302
                      ldhecf@earthlink.net
                      (850) 681-2734 "Telephone"
                      (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

```
EDITH NATTIEL                  GATOR MAX, INC.
16015 SW 133RD LANE            WHOLESALE & RETAIL USED CARS
ARCHER,  FL  32618             304 N. MAIN STREET
                               CHIEFLAND, FL 32626
AND

SHARON T. SPERLING, ESQUIRE
P.O. BOX 358000
GAINESVILLE, FL 32635-8000
```

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
9/29/2010  1:06 pm / CR_213     OFFICE OF CHAPTER 13 TRUSTEE
```